UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PRESTON SKINNER, II

    Plaintiff,

v.

MICHIGAN ROD PRODUCTS, INC.,

    Defendant.

Case No. 5:18-cv-12708

Hon: Judith E. Levy
Magistrate Judge Mona L. Majzoub

| BATEY LAW FIRM, PLLC | Kienbaum Opperwall Hardy & Pelton, P.L.C. |
|---|---|
| Scott P. Batey (P54711) | ERIC J. PELTON (P40635) |
| Attorney for Plaintiff | JULIA TURNER BAUMHART (P49173) |
| 30200 Telegraph Road, Ste. 400 | Attorneys for Defendant |
| Bingham Farms, MI  48025 | 280 North Old Woodward Ave, Suite 400 |
| (248) 540-6800-telephone | Birmingham, MI  48009 |
| (248) 540-6814-fax | (248) 645-0000-telephone |
| sbatey@bateylaw.com | epelton@khvpf.com |
|  | jbaumhart@khvpf.com |

## PLAINTIFF'S OBJECTION TO DEFENDANT'S RULE 26(a)(1) SECOND SUPPLEMENTAL INITIAL DISCLOSURE STATEMENT

NOW COMES, Plaintiff, Preston Skinner, II, by and through his attorney's Scott P. Batey and the Batey Law Firm, PLLC, and hereby Objects to Defendant's Rule 26(a)(1) Second Supplemental Initial Disclosure Statement pursuant to FRCP 26(a)(1) for the reason that they are past the time frame allotted.

Respectfully submitted,

**BATEY LAW FIRM, PLLC**

BY: /s/Scott P. Batey
    SCOTT P. BATEY (P54711)
    Attorney for Plaintiff
    30200 Telegraph Road, Suite 400
    Bingham Farms, MI  48025
    (248) 540-6800-phone
    (248) 540-6814-fax
    sbatey@bateylaw.com

Dated: October 12, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2022, I electronically filed Plaintiff's Objection to Defendant's Rule 26(a)(1) Second Supplemental Initial Disclosure Statement with the Clerk of the Court using the ECF system, which will send notification of such filing to all attorneys on record.

    /s/Roslyn Cockrell
    Roslyn Cockrell
    Paralegal to Attorney Scott P. Batey