## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

PRESTON SKINNER, II

    Plaintiff,

v.

MICHIGAN ROD PRODUCTS, INC.,

    Defendant.

Case No. 5:18-cv-12708

Hon: Judith E. Levy
Magistrate Judge Mona L. Majzoub

| BATEY LAW FIRM, PLLC<br>Scott P. Batey (P54711)<br>Attorney for Plaintiff<br>30200 Telegraph Road, Ste. 400<br>Bingham Farms, MI  48025<br>(248) 540-6800-telephone<br>(248) 540-6814-fax<br>sbatey@bateylaw.com | Kienbaum Opperwall Hardy & Pelton, P.L.C.<br>ERIC J. PELTON (P40635)<br>JULIA TURNER BAUMHART (P49173)<br>MICHELLE C. RUGGIRELLO (P75202)<br>Attorneys for Defendant<br>280 North Old Woodward Ave, Suite 400<br>Birmingham, MI  48009<br>(248) 645-0000-telephone<br>epelton@khvpf.com<br>jbaumhart@khvpf.com<br>mruggirello@khvpf.com |
|---|---|

## **STIPULATED ORDER OF DISMISSAL**

IT IS STIPULATED AND AGREED that Plaintiff, Preston Skinner, II voluntarily dismisses this case with prejudice and without costs or attorney fees to any party.

This action closes the case.

**IT IS SO ORDERED**.

Date: May 26, 2023                                       s/Judith E. Levy
                                                                      JUDITH E. LEVY
                                                                      United States District Judge

**STIPULATED AS TO FORM AND SUBSTANCE:**

/s/Scott P. Batey                                        /s/ Eric J. Pelton *(w/permission)*
SCOTT P. BATEY (P54711)                      ERIC J. PELTON (P40635)
Attorney for Plaintiff                                 Attorney for Defendant